UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KELLY HARRINGTON, Acting Warden,<br><br>　　　　　　Respondent. | 1:09-CV-00415 GSA HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION AND CHANGE NAME OF RESPONDENT<br>[Doc. #7]<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 13, 2009, the Court granted Petitioner leave to file a motion to amend the petition to name a proper respondent. On April 27, 2009, Petitioner filed a motion to amend the petition. Petitioner requests that Kelly Harrington, Acting Warden of Kern Valley State Prison, be named as Respondent in this matter.

A petitioner seeking habeas relief must name the state officer having custody of him as the respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir.1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner. Brittingham v. United States, 982. F.2d 378, 279 (9th Cir.1992). Therefore, Petitioner's request is proper.

Accordingly, Petitioner's motion to amend the petition is GRANTED. The Clerk of Court is DIRECTED to change the name of Respondent to Kelly Harrington.

IT IS SO ORDERED.

Dated: **May 7, 2009**          **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE